## United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-2461
_____

Neal K. Maddox, "Scott K."

*Plaintiff - Appellant*

v.

Department of Housing and Urban Development, Secretary

*Defendant - Appellee*
_____

Appeal from United States District Court
for the Eastern District of Arkansas - Central
_____

Submitted: October 4, 2021
Filed: October 7, 2021
[Unpublished]
_____

Before ERICKSON, GRASZ, and STRAS, Circuit Judges.
_____

PER CURIAM.

In this employment action, Neal Maddox appeals the district court's[1] pre-service dismissal of his pro se complaint. After careful review of the record and

_____

[1]The Honorable Brian S. Miller, United States District Judge for the Eastern District of Arkansas.

Maddox's arguments on appeal, we find no basis for reversal.  <u>See</u> <u>Doe v. Cassel</u>, 403 F.3d 986, 990 (8th Cir. 2005) (per curiam) (standard of review).  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

_____